THE HONORABLE THOMAS O. RICE

MORGAN, LEWIS & BOCKIUS LLP
Claire M. Lesikar
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: +1.206.274.6400

Attorneys for Defendant X CORP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARNAUD WEBER,<br><br>        Plaintiff,<br><br>    v.<br><br>X CORP and JOHN/JANE DOES I-V,<br><br>        Defendants. | Case No. 2:23-cv-00233-TOR<br><br>**DEFENDANT X CORP.'S MOTION TO EXPEDITE**<br><br>November 1, 2023<br>Without Oral Argument |

Defendant X Corp. ("Defendant"), by and through its undersigned counsel, respectfully requests that the Court shorten Local Rule 7(i)(2)(A)'s 30 day motion hearing requirement so the pending Stipulation to Extend Deadline to Respond to Complaint, which is set for November 24, 2023, is heard on or before November 1, 2023. *See* LR 7(i)(2)(C). Good cause exists to grant this motion because Defendant's current deadline to respond to the Complaint is November 6, 2023 and the Parties' stipulated deadline to respond to the Complaint is November 14, 2023 – both

MOTION TO EXPEDITE- 1

MORGAN, LEWIS & BOCKIUS LLP<br>Attorneys at Law<br>1301 Second Ave., Suite 2800<br>Seattle, WA 98101<br>+1.206.274.6400

deadlines before the noting date required by Local Rule 7(i)(2)(A), November 24, 2023. The undersigned conferred with Plaintiff's counsel on October 25, 2023, and Plaintiff does not oppose this motion.

Dated:     October 25, 2023         **MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Claire Lesikar*
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone:    +1.206.274.6400
Facsimile:    +1.206.274.6401
Email: claire.lesikar@morganlewis.com

*Attorneys for Defendant X CORP*

MOTION TO EXPEDITE- 2

Morgan, Lewis & Bockius LLP
Attorneys at Law
1301 Second Ave., Suite 2800
Seattle, WA 98101
+1.206.274.6400

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*s/ Trang La*
Trang La, Legal Assistant

MOTION TO EXPEDITE- 3

Morgan, Lewis & Bockius LLP
Attorneys at Law
1301 Second Ave., Suite 2800
Seattle, WA 98101
+1.206.274.6400