THE HONORABLE THOMAS O. RICE

Michael C. Subit
Ellicott K. Dandy
Frank Freed Subit & Thomas LLP
705 2nd Avenue, Suite 1200
Seattle, WA 98104
Ph: (206) 682-6711

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARNAUD WEBER,<br><br>Plaintiff,<br><br>v.<br><br>X CORP. and JOHN/JANE DOES I-V,<br><br>Defendants. | Case No. 2-23-cv-00233-TOR<br><br>**JOINT MOTION TO EXPEDITE CONSIDERATION OF MOTION TO EXTEND BRIEFING DEADLINES**<br><br>Noted for Expedited Consideration:<br>November 24, 2023<br>Without Oral Argument |

Pursuant to Local Rule 7(i)(2)(C), Plaintiff Arnaud Weber and Defendant X Corp. respectfully move this Court to consider their stipulated motion to extend the briefing deadlines for X Corp's motion to compel arbitration ("motion to renote") on an expedited basis.

JOINT MOTION TO EXPEDITE
CONSIDERATION OF MOTION TO EXTEND
BRIEFING DEADLINES - 1
Case No. 2-23-cv-00233-TOR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Good cause exists to grant this motion to expedite, because the Court's ruling on the parties' joint motion will dictate the parties' briefing schedule on X Corp.'s underlying Motion to Compel Arbitration.  Currently, Mr. Weber's response to X Corp.'s Motion to Compel Arbitration is due on November 28, 2023.  Therefore, the parties seek an expedited hearing (without oral argument) for November 24, 2023, which is seven days after the motion's filing.  *See* E.D. Wash. LCR 7(i)(2)(C).

The parties respectfully request that the Court set the motion to renote for hearing, without oral argument, as soon as the Court's schedule allows.

DATED this 17th day of November 2023.

| FRANK FREED SUBIT & THOMAS LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By:  /s/ Ellicott Dandy<br>Ellicott K. Dandy, WSBA No. 57279<br>Michael C. Subit, WSBA No. 29189<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104<br>Phone: (206) 682-6711<br>Fax:  (206) 682-0401<br>Email: msubit@frankfreed.com<br>Email: edandy@frankfreed.com<br><br>*Attorneys for Plaintiff Arnaud Weber* | By:  /s/ Eric Meckley<br>Eric Meckley, *pro hac vice*<br>Claire M. Lesikar, WSBA No. 60406<br>One Market<br>Spear Street Tower, 28th Floor<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Email: eric.meckley@morganlewis.com<br>Email: claire.lesikar@morganlewis.com<br><br>*Attorneys for Defendant X Corp.* |

JOINT MOTION TO EXPEDITE CONSIDERATION OF MOTION TO EXTEND BRIEFING DEADLINES - 2
Case No. 2-23-cv-00233-TOR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711