THE HONORABLE THOMAS O. RICE

Michael C. Subit
Ellicott K. Dandy
Frank Freed Subit & Thomas LLP
705 2nd Avenue, Suite 1200
Seattle, WA 98104
Ph: (206) 682-6711

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

ARNAUD WEBER,

      Plaintiff,

  v.

X CORP., ELON MUSK, LINDA
YACCARINO, and DOES III-V,

      Defendants.

Case No. 2-23-cv-00233-TOR

**DECLARATION OF
MICHAEL C. SUBIT IN
SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANT
X CORP.'S MOTION TO
COMPEL ARBITRATION**

DECLARATION OF MICHAEL SUBIT
IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANT X CORP.'S MOTION
TO COMPEL ARBITRATION - 1
Case No. 2-23-cv-00233-TOR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

I, Michael C. Subit, declare a follows:

1.      I am a partner at Frank Freed Subit & Thomas LLP and counsel for Plaintiff Arnaud Weber. I am over eighteen years of age, make this declaration based on personal knowledge, and am competent to testify regarding the following facts.

2.      Attached as Exhibit A is a true and correct copy of the Cash Award Offer sent by Twitter's Chief People and Diversity Officer Dalana Brand on July 1, 2022.

3.      Attached as Exhibit B is a true and correct copy of the Arbitration Demand I sent via certified mail on behalf of Mr. Weber to Twitter's Legal Department on April 10, 2023.

4.      I did not receive any response to this Arbitration Demand.

5.      Attached as Exhibit C is a true and correct copy of the Demand Letter I sent via certified mail on behalf of Mr. Weber to then-Chief Executive Officer of Twitter, now X Corp., Linda Yaccarino, on June 8, 2023.

6.      I did not receive a response to the Demand Letter to Ms. Yaccarino.

7.      Attached as Exhibit D is a true and correct copy of the class action complaint in *Woodfield v. Twitter, Inc., et al.*, C.A. No. 1:23-cv-00780-UNA (D. Del. 2023) (ECF No. 1).

DECLARATION OF MICHAEL SUBIT
IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANT X CORP.'S MOTION
TO COMPEL ARBITRATION - 2
Case No. 2-23-cv-00233-TOR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

8.      Attached as Exhibit E is a true and correct copy of ECF No. 1-4 from the docket in *Ma v. Twitter, Inc., et al.*, Case No. 3:23-cv-3301 (N.D. Cal. 2023).

9.      Attached as Exhibit F is a true and correct copy of ECF 1-5 from the docket in *Ma v. Twitter, Inc., et al.*, Case No. 3:23-cv-3301 (N.D. Cal. 2023).

10.     Attached as Exhibit G is a true and correct copy of the Petition to Compel Arbitration in *Ma v. Twitter, Inc., et al.*, Case No. 3:23-cv-3301 (N.D. Cal. 2023) (ECF No. 1).

I declare under the penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

Signed this 5th day of December 2023.

By: *s/Michael C. Subit*
Michael C. Subit, WSBA No. 29189

DECLARATION OF MICHAEL SUBIT
IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANT X CORP.'S MOTION
TO COMPEL ARBITRATION - 3
Case No. 2-23-cv-00233-TOR

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711