# EXHIBIT A

July 1, 2022

Arnaud Weber
Via email to: aweber@twitter.com
Employee ID: 023442

Dear Arnaud,

In an effort to show our appreciation for your contributions and impact on Twitter and your dedication to Twitter's success now and beyond, we are providing you with a special cash award as described in this letter ("**Cash Award**"), which will go into effect as of July 1, 2022 (the '**Effective Date**').

**Cash Award.** You will be awarded a one-time cash award of $1,500,000, less applicable withholdings, to be paid in equal installments as follows:

- $375,000 on October 1, 2022
- $375,000 on January 1, 2023
- $375,000 on April 1, 2023
- $375,000 on July 1, 2023

To receive each payment, you must be continuously employed through each payment date to earn and receive the payment. For clarity, if prior to any payment date, your employment with Twitter ends for any reason you will not be eligible to receive any further payments of the Cash Award, and any such installment(s) will be considered unearned and forfeited.

Except as stated above, all other terms and conditions of your employment as set out in your offer letter, including the at-will nature of your employment, will remain unchanged.

Please sign below stating you have reviewed, understand and agree to the changes in this letter. If you have any questions, please reach out to your HRBP.

Thank you for all of your hard work and your continued commitment to Twitter.

Sincerely,

**Twitter, Inc.**

*Dalana Brand*
Dalana Brand
Chief People and Diversity Officer

**Signature:** *Arnaud Weber*
Arnaud Weber (Aug 23, 2022 14:17 PDT)

**Email:** aweber@twitter.com

