# EXHIBIT C



June 8, 2023

*Sent by Certified Mail*

Linda Yaccarino
Chief Executive Officer
TWITTER
1355 Market Street, Suite 900
San Francisco, CA 94103

705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
P: 206-682-6711
F: 206-682-0401

Michael C. Subit
msubit@frankfreed.com

Re:   **Arnaud Weber**

Dear Ms. Yaccarino:

    I represent former Twitter Vice-President of Engineering Arnaud Weber. On March 8, 2023, I wrote a demand letter to Elon Musk regarding Mr. Weber's breach of contract and related unpaid wage claims. I am enclosing a copy of that letter. I received no response.

    On April 10, 2023, I transmitted a demand for arbitration on Mr. Weber's behalf to Twitter in accordance with section 4 of his Dispute Resolution Agreement with the Company. I am enclosing a copy of the arbitration demand. Again, we received no response.

    If the Company does not respond to the demand for arbitration by the close of business on June 30, we will deem that a waiver of the Company's right to arbitration, and Mr. Weber will pursue his claims against Twitter and the responsible managers in court.

Sincerely,

Michael C. Subit

MCS/jjg
Enclosures:   Demand Letter
                Demand for Arbitration

cc:   Client