1   **MORGAN, LEWIS & BOCKIUS LLP**                The Honorable Thomas O. Rice
    Claire M. Lesikar, WSBA No. 60406
2   1301 Second Avenue, Suite 3000
    Seattle, WA 98101
3   Telephone:  +1.206.274.6400
    Email: claire.lesikar@morganlewis.com
4
5   **MORGAN, LEWIS & BOCKIUS LLP**
    Eric Meckley, *Pro Hac Vice*
6   One Market
    Spear Street Tower, 28th Floor
7   San Francisco, CA 94105-1596
    Telephone:  +1.415.442.1000
8   Email: eric.meckley@morganlewis.com
9   *Attorneys for Defendant X CORP.*
10
11                  UNITED STATES DISTRICT COURT
12          FOR THE EASTERN DISTRICT OF WASHINGTON
13  ARNAUD WEBER,                        Case No. 2:23-cv-00233-TOR
14           Plaintiff,                  **STIPULATED MOTION TO
                                         DISMISS**
15      v.
16  X CORP. and JOHN/JANE DOES I-V,
17           Defendants.
18
19       **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties,
20
21  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and E.D.W.A. Civil Local Rule 41(a)(1)(B),
22  that the above-captioned action shall be dismissed in its entirety, with prejudice, with
23  each party bearing its own fees and costs.
24       DATED: January 22, 2024
25
26

STIPULATION OF DISMISSAL - 1                    Morgan, Lewis & Bockius LLP
(Case No. 2:23-CV-00233-TOR)                         Attorneys at Law
                                              1301 Second Avenue, Suite 3000
                                                Seattle, Washington 98101
                                         Tel +1.206.274.6400    Fax +1.206.274.6401

By: _____

Michael C. Subit, WSBA No. 29189
Ellicott K. Dandy, WSBA No. 57279
FRANK FREED SUBIT & THOMAS
LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com
Email: edandy@frankfreed.com

*Attorneys for Plaintiff*

By: _s/ Claire M. Lesikar_____

Claire M. Lesikar, WSBA No. 60406
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone:  +1.206.274.6400
Email: claire.lesikar@morganlewis.com

Eric Meckley, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596
Telephone:  +1.415.442.1000
Email: eric.meckley@morganlewis.com

*Attorneys for Defendant X CORP.*