FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARNAUD WEBER,<br><br>                          Plaintiff,<br><br>    v.<br><br>X CORP., ELON MUSK, LINDA YACCARINO, and JOHN/JANE DOES III-V,<br><br>                          Defendants. | NO: 2:23-CV-0233-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Stipulated Motion to Dismiss.  ECF No. 24.  The parties agree that the above-captioned action should be dismissed in its entirety, with prejudice, and with each party bearing its own fees and costs.  The Court has reviewed the record and files herein and is fully informed.

   According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party bearing its own fees and costs.

2. The STAY is lifted for purposes of entering this Order.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 23, 2024.



THOMAS O. RICE
United States District Judge